UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Qualicia Johnson,

      Plaintiff.

      v.

Commissioner of Social Security,

      Defendant.

No.    1:23-cv-01113-GSA

**ORDER**
**AWARDING EQUAL ACCESS**
**TO JUSTICE ACT FEES**
**28 U.S.C. §2412(d)**

THE COURT, having reviewed the parties' Stipulation for Fees Pursuant to the Equal Access to Justice Act, it is hereby,

ORDERED that EAJA fees are awarded to Plaintiff in the amount of $1381.38, subject to any federal debt owed by the Plaintiff.  If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Plaintiff's counsel, Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

IT IS SO ORDERED.

1

Dated:   **December 13, 2023**                **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE